UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 17142
  JAMES SKUPIEN
  JANICE SKUPIEN                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

        Debtor
  SSN XXX-XX-8201    SSN XXX-XX-5384

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 12/26/06 and confirmed on 04/23/07.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  11801.88 .

     4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------------
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITI RESIDENTIAL LENDING | CURRENT MORTG | .00 | .00 | .00 |
| CITI RESIDENTIAL LENDING | MORTGAGE ARRE | 7818.00 | .00 | 7818.00 |
| CAPITAL ONE BANK | UNSECURED | 567.48 | .00 | 567.48 |
| CAPITAL ONE BANK | UNSECURED | 553.29 | .00 | 553.29 |
| ILLINOIS DEPT REVENUE | PRIORITY | 1937.53 | .00 | 1937.53 |
| ILLINOIS DEPT REVENUE | UNSECURED | 393.01 | .00 | 393.01 |

        Summary of disbursements:
--------------------------------------------------------------------------------
| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 7818.00 | 1937.53 | 1513.78 | .00 | 11269.31 |
| PRINCIPAL PAID | 7818.00 | 1937.53 | 1513.78 | .00 | 11269.31 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 7818.00 | 1937.53 | 1513.78 | .00 | 11269.31 |

The Debtor's attorney, JAY M REESE                   , was allowed $      .00
and was paid $      .00 .

The Trustee received $     523.74 .

Refunds to the Debtor totaled $      8.83 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 11/12/08                    /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE

```
                            PAGE  2
   CASE NO. 06 B 17142 JAMES SKUPIEN & JANICE SKUPIEN
```